FORM–TELRESC

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 0:22–bk–01765–PS |
| Steven R Drummond<br>775 Bullhead Parkway<br>Bullhead City, AZ 86429<br>SSAN: xxx–xx–3050<br>EIN: | Chapter: 7 |
| Mary A Drummond<br>775 Bullhead Parkway<br>Bullhead City, AZ 86429<br>SSAN: xxx–xx–9089<br>EIN: | |

Debtor(s)

## NOTICE OF RESCHEDULED TELEPHONIC HEARING

NOTICE IS HEREBY GIVEN that the hearing scheduled for 8/30/2022 at 10:00 a.m. has been vacated.

This matter has been RESCHEDULED for hearing on **9/6/22** at **11:00 AM** before the **Honorable Paul Sala** to consider and act upon the following matter:

CONTINUED TRUSTEE OBJECTION TO EXEMPT PROPERTY

Any interested party is to appear by telephone. Interested parties are to call **877–402–9757** to appear for the hearing. The access code is **4376956**.

IT IS FURTHER ORDERED ANY RESPONSE TO THE MOTION TO FILE AN AMICUS BRIEF, DOCKET 31, IS DUE NO LATER THAN AUGUST 31, 2022.

Date: August 17, 2022

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727<br>Telephone number: (602) 682–4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>George Prentice |