LAWRENCE J. WARFIELD
Chapter 7 Panel Trustee
PO Box 3350
Carefree, AZ 85377

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| DRUMMOND, STEVEN R<br>DRUMMOND, MARY A | Case No. 0:22-BK-01765-PS |
| Debtor(s) | **TRUSTEE'S REPORT OF AUCTION SALE** |

Pursuant to Fed. R. Bankr. P. 6004(f)(1), Lawrence J. Warfield, Trustee in the above referenced case, reports that pursuant to the June 7, 2024 Order authorizing an auction sale, and after due notice to creditors and interested parties, a public auction was held on July 17, 2024, by Cunningham & Associates Inc. at 1831 N. Harris Drive, Mesa AZ 85203; where estate property was sold for the sum of $69,800.00.

A report of items sold by the auctioneer is attached hereto and incorporated herein by reference.

| July 29, 2024 | /s/ *Lawrence J. Warfield* |
|---|---|
| Date | LAWRENCE J. WARFIELD, Trustee |

# SETTLEMENT SUMMARY

CUNNINGHAM & ASSOCIATES, INC.

| AUCTION | Glendale Used Auto Bankruptcy Auction - Jul17 |
|---|---|
| DATE | Jul 17, 2024 |

| Lot # | Name | Price | Buyer Name |
|---|---|---|---|
| 100 | 2017 Allegro Open Road 34PA Motorhome | $69,800.00 | John Degraaf |