Lawrence J. Warfield
PO Box 3350
Carefree, AZ 85377

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | § | Case No. 0:22-BK-01765-PS |
| | § | |
| STEVEN R DRUMMOND | § | |
| MARY A DRUMMOND | § | |
| | § | |
| | § | |
| Debtors | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/24/2022. The undersigned trustee was appointed on 03/24/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                $69,800.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $0.00 |
| Bank service fees | $0.00 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $69,800.00 |

    The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/09/2022 and the deadline for filing government claims was 12/09/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,290.64. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,290.64, for a total compensation of $6,290.64[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $309.95, for total expenses of $309.95.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/18/2024     By:  /s/ Lawrence J. Warfield
                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1   Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 22-01765-YUM PS | **Trustee Name:** Lawrence J. Warfield |
| **Case Name:** | DRUMMOND, STEVEN R AND DRUMMOND, MARY A | **Date Filed (f) or Converted (c):** 03/24/2022 (f) |
| **For the Period Ending:** | 9/18/2024 | **§341(a) Meeting Date:** 05/16/2022 |
| | | **Claims Bar Date:** 12/09/2022 |

| Ref. # | 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled Value | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2012 Nissan Morano Mileage: 1140000 | $6,300.00 | $0.00 | | $0.00 | FA |
| 2 | 2017 Tiffin Allegro Open 34PA Motorhome Mileage: 30500 | $105,000.00 | $69,800.00 | | $69,800.00 | FA |
| | **Asset Notes:** Notice - dkt 87<br>Report - dkt 90 | | | | | |
| 3 | Acme Tow Dolly | $100.00 | $0.00 | | $0.00 | FA |
| 4 | TV; DVD Player; CD Player; Coffee Table; Lamp; Dinner Table; Microwave; Dresser; Mirror; Bed; Recliner; Stove; Oven; Dishwasher; Freezer; Dresser; Bed | $1,750.00 | $0.00 | | $0.00 | FA |
| 5 | Ruger | $300.00 | $0.00 | | $0.00 | FA |
| 6 | General Wearing Apparel | $150.00 | $0.00 | | $0.00 | FA |
| 7 | 2 dogs Two dogs | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Checking- Alliant Credit Union | $10.75 | $0.00 | | $0.00 | FA |
| 9 | Checking- US Bank | $1,290.90 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$114,901.65     $69,800.00     $69,800.00     $0.00

---

**Major Activities affecting case closing:**

| | |
|---|---|
| 08/02/2024 | Ready for TFR |
| 07/29/2024 | Trustee Report of Sale at Auction filed by LAWRENCE J. WARFIELD on behalf of LAWRENCE J. WARFIELD (related document(s)[87] Trustee Notice of Sale).(WARFIELD, LAWRENCE) |

Case Name:    Steven R Drummond and Mary A Drummond
Case Number:    0:22-bk-01765-PS
Document Number:    90

| Case No.: | 22-01765-YUM PS | | Trustee Name: | Lawrence J. Warfield |
| --- | --- | --- | --- | --- |
| Case Name: | DRUMMOND, STEVEN R AND DRUMMOND, MARY A | | Date Filed (f) or Converted (c): | 03/24/2022 (f) |
| For the Period Ending: | 9/18/2024 | | §341(a) Meeting Date: | 05/16/2022 |
| | | | Claims Bar Date: | 12/09/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

07/29/2024  Application for Compensation by Professional Employed by Trustee for LAWRENCE J. WARFIELD, Auctioneer, Period: to, Fees:$6980.00, Expenses: $1868.39. filed by LAWRENCE J. WARFIELD. (WARFIELD, LAWRENCE)

    Case Name:    Steven R Drummond and Mary A Drummond
    Case Number:    0:22-bk-01765-PS
    Document Number:    91

06/07/2024  Trustee Notice of Sale filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD.(DAKE, TERRY)

    Case Name:    Steven R Drummond and Mary A Drummond
    Case Number:    0:22-bk-01765-PS
    Document Number:    87

06/04/2024  Trustee Review - Continue to administer   LJW
05/28/2024  TERRY DAKE EMPLOYED TO HANDLE ISSUES
04/28/2024  TERRY DAKE EMPLOYED TO HANDLE ISSUES
03/28/2024  TERRY DAKE EMPLOYED TO HANDLE ISSUES
03/20/2024  Notice of Hearing on Motion filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD (related document(s)[76] Motion to Compel) Hearing on Motion set for 4/23/2024 at 11:00 AM at 230 N. First Ave., Crtrm 601, Phoenix, AZ (PS).(DAKE, TERRY)

    Case Name:    Steven R Drummond and Mary A Drummond
    Case Number:    0:22-bk-01765-PS
    Document Number:    77

03/19/2024  Motion to Compel filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD. (DAKE, TERRY)

    Case Name:    Steven R Drummond and Mary A Drummond
    Case Number:    0:22-bk-01765-PS

    Document Number:    76

| Case No.: | 22-01765-YUM PS | | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|---|
| Case Name: | DRUMMOND, STEVEN R AND DRUMMOND, MARY A | | | Date Filed (f) or Converted (c): | 03/24/2022 (f) |
| For the Period Ending: | 9/18/2024 | | | §341(a) Meeting Date: | 05/16/2022 |
| | | | | Claims Bar Date: | 12/09/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 03/12/2024 | ORDER Sustaining Trustee's Objection to Exemption signed on 3/12/2024 (related document(s)[18] Trustee Objection to Exempt Property) . (WES) |
| | Case Name:   Steven R Drummond and Mary A Drummond |
| | Case Number:   0:22-bk-01765-PS |
| | Document Number:   72 |
| 02/28/2024 | TERRY DAKE EMPLOYED TO HANDLE ISSUES |
| 02/23/2024 | Notice of Hearing (related document(s)[63] Order) Hearing set for 3/12/2024 at 10:00 AM at 230 N. First Ave., Crtrm 601, Phoenix, AZ (PS) (MMK) |
| | Case Name:   Steven R Drummond and Mary A Drummond |
| | Case Number:   0:22-bk-01765-PS |
| | Document Number:   70 |
| 02/15/2024 | Although no recent filings have been made by the trustee in this case, the trustee continues to actively administer this estate. (WARFIELD, LAWRENCE) |
| | The following transaction was received from WARFIELD, LAWRENCE entered on 2/15/2024 at 7:35 AM AZ and filed on 2/15/2024 |
| | Case Name:   Steven R Drummond and Mary A Drummond |
| | Case Number:   0:22-bk-01765-PS |
| | Document Number:   68 |
| | \ |
| 01/28/2024 | TERRY DAKE EMPLOYED TO HANDLE ISSUES |
| 01/03/2024 | Trustee Quarterly Review - Continue Administration ljw |
| 12/28/2023 | TERRY DAKE EMPLOYED TO HANDLE ISSUES |
| 11/28/2023 | TERRY DAKE EMPLOYED TO HANDLE ISSUE |
| 10/27/2023 | TERRY DAKE EMPLOYED TO HANDLE ISSUE |
| 09/27/2023 | TERRY DAKE EMPLOYED TO HANDLE ISSUE |
| 08/28/2023 | TERRY DAKE EMPLOYED TO HANDLE ISSUE |
| 07/27/2023 | TERRY DAKE EMPLOYED TO HANDLE ISSUE |
| 06/28/2023 | TERRY DAKE EMPLOYED TO HANDLE ISSUE |
| 06/01/2023 | Trustee Quarterly Review - ljw |
| 05/28/2023 | TERRY DAKE EMPLOYED TO HANDLE ISSUE |
| 04/28/2023 | TERRY DAKE EMPLOYED TO HANDLE ISSUE |

| Case No.: | 22-01765-YUM PS | | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|---|
| Case Name: | DRUMMOND, STEVEN R AND DRUMMOND, MARY A | | | Date Filed (f) or Converted (c): | 03/24/2022 (f) |
| For the Period Ending: | 9/18/2024 | | | §341(a) Meeting Date: | 05/16/2022 |
| | | | | Claims Bar Date: | 12/09/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 04/03/2023 | Trustee Quarterly Review - Bank statements and account administration |
| 03/28/2023 | TERRY DAKE EMPLOYED TO HANDLE ISSUES |
| 02/28/2023 | TERRY DAKE EMPLOYED TO HANDLE ISSUES |
| 01/30/2023 | TERRY DAKE EMPLOYED TO HANDLE ISSUES |
| 01/27/2023 | Notice of Filing Supreme Court Request filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD (related document(s)[63] Order).(DAKE, TERRY) |

Case Name: Steven R Drummond and Mary A Drummond
Case Number: 0:22-bk-01765-PS

Document Number: 66

| | |
|---|---|
| 01/05/2023 | Minutes of Hearing held on: 01/05/2023 |

Subject: STATUS HEARING ON MATTER TAKEN UNDER ADVISEMENT(ESTOPPEL) TRUSTEE OBJECTION TO DEBTORS' EXEMPT PROPERTY

(vCal Hearing ID (1588099)). (related documents [18])(MMK)

Case Name: Steven R Drummond and Mary A Drummond
Case Number: 0:22-bk-01765-PS

Document Number: 61

| | |
|---|---|
| 12/15/2022 | Minutes of Hearing held on: 12/14/2022 |

Subject: STATUS HEARING ON MATTER TAKEN UNDER ADVISEMENT(ESTOPPEL)
Appearances: NONE
Proceedings: VACATED: RESCHEDULED ON COURT'S OWN MOTION TO JANUARY 5, 2023 AT 10:00 A.M.

(vCal Hearing ID (1587498)). HEARING Scheduled for 01/05/2023 at 10:00 AM at Telephonic Hearing. (related documents [18])(MMK)

Case Name: Steven R Drummond and Mary A Drummond
Case Number: 0:22-bk-01765-PS

Document Number: 58
Docket Text:

| Case No.: | 22-01765-YUM PS | | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|---|
| Case Name: | DRUMMOND, STEVEN R AND DRUMMOND, MARY A | | | Date Filed (f) or Converted (c): | 03/24/2022 (f) |
| For the Period Ending: | 9/18/2024 | | | §341(a) Meeting Date: | 05/16/2022 |
| | | | | Claims Bar Date: | 12/09/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

12/07/2022  Notice of Rescheduled Hearing. (related document(s)[18] Trustee Objection to Exempt Property) Hearing set for 12/14/2022 at 01:30 PM as a Telephonic Hearing (MMK)

Case Name: Steven R Drummond and Mary A Drummond
Case Number: 0:22-bk-01765-PS

Document Number: 55

10/26/2022  Supplemental Response to Objection to Exemption on Equitable Estoppel filed by Keith S Knochel of KNOCHEL LAW OFFICES on behalf of Mary A Drummond, Steven R Drummond. (Knochel, Keith)

Case Name: Steven R Drummond and Mary A Drummond
Case Number: 0:22-bk-01765-PS

Document Number: 53

10/20/2022  Supplemental Memorandum of Law filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD (related document(s)[18] Trustee Objection to Exempt Property). (DAKE, TERRY)

Case Name: Steven R Drummond and Mary A Drummond
Case Number: 0:22-bk-01765-PS

Document Number: 52

10/03/2022  Trustee Quarterly Review - Included bank statements and annual report review - LJW
09/08/2022  REQUEST TO SET CLAIMS BAR DATE FILED - TERRY DAKE
09/08/2022  Trustee is administering Assets in Case
08/31/2022  Objection To Amicus Motion filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD (related document(s)[31] Motion to Authorize). (DAKE, TERRY)

Case Name: Steven R Drummond and Mary A Drummond
Case Number: 0:22-bk-01765-PS

Document Number: 39

| Case No.: | 22-01765-YUM PS | | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|---|
| Case Name: | DRUMMOND, STEVEN R AND DRUMMOND, MARY A | | | Date Filed (f) or Converted (c): | 03/24/2022 (f) |
| For the Period Ending: | 9/18/2024 | | | §341(a) Meeting Date: | 05/16/2022 |
| | | | | Claims Bar Date: | 12/09/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

08/04/2022

Minutes of Hearing held on: 08/04/2022

Subject: TRUSTEE OBJECTION TO EXEMPT PROPERTY

(vCal Hearing ID (1579067)). HEARING Scheduled for 08/18/2022 at 01:30 PM at 230 N. First Ave., Crtrm 601, Phoenix, AZ (PS). (related documents [18])(MMK)

Case Name:   Steven R Drummond and Mary A Drummond
Case Number:   0:22-bk-01765-PS

Document Number:   29

07/04/2022   Quarterly Review Complete - Continue to Administer - ljw

07/01/2022   Motion to Continue On Trustee's Objection filed by Keith S Knochel of KNOCHEL LAW OFFICES on behalf of Mary A Drummond, Steven R Drummond. (Knochel, Keith)

Case Name:
Steven R Drummond and Mary A Drummond
Case Number:
0:22-bk-01765-PS
Document Number: 24

06/21/2022   Reply filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD (related document(s)[18] Trustee Objection to Exempt Property). (DAKE, TERRY)

Case Name:   Steven R Drummond and Mary A Drummond
Case Number:   0:22-bk-01765-PS

Document Number:   22

06/10/2022   Response to Objection to Exemption filed by Keith S Knochel of KNOCHEL LAW OFFICES on behalf of Mary A Drummond, Steven R Drummond (related document(s)[18] Trustee Objection to Exempt Property). (Knochel, Keith)

Case Name:   Steven R Drummond and Mary A Drummond
Case Number:   0:22-bk-01765-PS

Document Number:   20

| Case No.: | 22-01765-YUM PS | Trustee Name: | Lawrence J. Warfield |
| Case Name: | DRUMMOND, STEVEN R AND DRUMMOND, MARY A | Date Filed (f) or Converted (c): | 03/24/2022 (f) |
| For the Period Ending: | 9/18/2024 | §341(a) Meeting Date: | 05/16/2022 |
| | | Claims Bar Date: | 12/09/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/08/2022    Trustee Objection to Exempt Property ((All Arizona Exemptions)) filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD.(DAKE, TERRY)

Case Name:    Steven R Drummond and Mary A Drummond
Case Number:  0:22-bk-01765-PS

Document Number:    18

06/08/2022    Notice of Hearing filed by TERRY A. DAKE of TERRY A. DAKE, LTD. on behalf of LAWRENCE J. WARFIELD (related document(s)[18] Trustee Objection to Exempt Property) Hearing set for 7/6/2022 at 01:30 PM at Telephonic Hearing.(DAKE, TERRY)

Case Name:    Steven R Drummond and Mary A Drummond
Case Number:  0:22-bk-01765-PS

Document Number:    19

| Initial Projected Date Of Final Report (TFR): | 08/01/2025 | Current Projected Date Of Final Report (TFR): | 08/01/2025 | /s/ LAWRENCE J. WARFIELD |
| | | | | LAWRENCE J. WARFIELD |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| **Case No.** | 22-01765-YUM PS | | **Trustee Name:** | Lawrence J. Warfield |
| **Case Name:** | DRUMMOND, STEVEN R AND DRUMMOND, MARY A | | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***5419 | | **Checking Acct #:** | ******6501 |
| **Co-Debtor Taxpayer ID #:** | **-***5420 | | **Account Title:** | |
| **For Period Beginning:** | 3/24/2022 | | **Blanket bond (per case limit):** | $82,080,307.00 |
| **For Period Ending:** | 9/18/2024 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 07/29/2024 | (2) | Cunningham & Associates. | Auction Proceeds | 1129-000 | $69,800.00 | | $69,800.00 |
| | | | **TOTALS:** | | $69,800.00 | $0.00 | $69,800.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $69,800.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $69,800.00 | $0.00 | |

**For the period of 3/24/2022 to 9/18/2024**

| | |
|---|---|
| Total Compensable Receipts: | $69,800.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $69,800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/29/2024 to 9/18/2024**

| | |
|---|---|
| Total Compensable Receipts: | $69,800.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $69,800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2  Exhibit B

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 22-01765-YUM PS | | **Trustee Name:** | Lawrence J. Warfield |
| **Case Name:** | DRUMMOND, STEVEN R AND DRUMMOND, MARY A | | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***5419 | | **Checking Acct #:** | ******6501 |
| **Co-Debtor Taxpayer ID #:** | **-***5420 | | **Account Title:** | |
| **For Period Beginning:** | 3/24/2022 | | **Blanket bond (per case limit):** | $82,080,307.00 |
| **For Period Ending:** | 9/18/2024 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $69,800.00 | $0.00 | $69,800.00 |

**For the period of 3/24/2022 to 9/18/2024**

| | |
|---|---|
| Total Compensable Receipts: | $69,800.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $69,800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/24/2022 to 9/18/2024**

| | |
|---|---|
| Total Compensable Receipts: | $69,800.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $69,800.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ LAWRENCE J. WARFIELD

LAWRENCE J. WARFIELD

| Case No.: | 22-01765-YUM PS | | | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|---|---|
| Case Name: | DRUMMOND, STEVEN R AND DRUMMOND, MARY A | | | | Date: | 9/18/2024 |
| Claims Bar Date: | 12/09/2022 | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LAWRENCE J. WARFIELD<br>PO Box 3350<br>Carefree AZ 85377 | 08/05/2024 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $6,290.64 | $6,290.64 | $0.00 | $0.00 | $0.00 | $6,290.64 |
| | LAWRENCE J. WARFIELD<br>PO Box 3350<br>Carefree AZ 85377 | 08/05/2024 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $309.95 | $309.95 | $0.00 | $0.00 | $0.00 | $309.95 |
| | TERRY A DAKE<br>PO BOX 26945<br>PHOENIX AZ 85068 | 08/05/2024 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $223.00 | $223.00 | $223.00 | $0.00 | $0.00 | $0.00 | $223.00 |
| | TERRY A DAKE<br>PO BOX 26945<br>PHOENIX AZ 85068 | 08/05/2024 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $22,435.00 | $22,435.00 | $22,435.00 | $0.00 | $0.00 | $0.00 | $22,435.00 |
| | CUNNINGHAM & ASSOCIATES<br>4753 E Falcon Dr<br>Suite 1<br>MESA AZ 85215 | 08/05/2024 | Auctioneer for Trustee Fee | Allowed | 3610-000 | $8,848.39 | $8,848.39 | $8,848.39 | $0.00 | $0.00 | $0.00 | $8,848.39 |
| 1 | JPMORGAN CHASE BANK, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison TX 75001 | 10/04/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,962.86 | $3,962.86 | $0.00 | $165.26 | $0.00 | $3,962.86 |
| 2 | JPMORGAN CHASE BANK, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison TX 75001 | 10/12/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,723.94 | $3,723.94 | $0.00 | $155.29 | $0.00 | $3,723.94 |
| 3 | ALLIANT CU<br>11545 WEST TOUHY AVE<br>CHICAGO IL 60666 | 12/08/2022 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,109.97 | $14,109.97 | $0.00 | $588.41 | $0.00 | $14,109.97 |

**Claim Notes:**   (3-1) credit card

| Case No. | 22-01765-YUM PS | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|
| Case Name: | DRUMMOND, STEVEN R AND DRUMMOND, MARY A | | Date: | 9/18/2024 |
| Claims Bar Date: | 12/09/2022 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | STEVEN R DRUMMOND AND MARY A DRUMMOND 775 BULLHEAD PARKWAY BULLHEAD CITY AZ 86429 | 09/18/2024 | Surplus Funds Paid to Debtor | Allowed | 8200-002 | $0.00 | $8,987.29 | $8,987.29 | $0.00 | $0.00 | $0.00 | $8,987.29 |

**Claim Notes:** Debtor Surplus

| | | | | | | | $68,891.04 | $68,891.04 | $0.00 | $908.96 | $0.00 | $68,891.04 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Case No. | 22-01765-YUM PS |
| Case Name: | DRUMMOND, STEVEN R AND DRUMMOND, MARY A |
| Claims Bar Date: | 12/09/2022 |

| | |
|---|---|
| Trustee Name: | Lawrence J. Warfield |
| Date: | 9/18/2024 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Attorney for Trustee Expenses (Other Firm) | $223.00 | $223.00 | $0.00 | $0.00 | $0.00 | $223.00 |
| Attorney for Trustee Fees (Other Firm) | $22,435.00 | $22,435.00 | $0.00 | $0.00 | $0.00 | $22,435.00 |
| Auctioneer for Trustee Fee | $8,848.39 | $8,848.39 | $0.00 | $0.00 | $0.00 | $8,848.39 |
| General Unsecured 726(a)(2) | $21,796.77 | $21,796.77 | $0.00 | $908.96 | $0.00 | $21,796.77 |
| Surplus Funds Paid to Debtor | $8,987.29 | $8,987.29 | $0.00 | $0.00 | $0.00 | $8,987.29 |
| Trustee Compensation | $6,290.64 | $6,290.64 | $0.00 | $0.00 | $0.00 | $6,290.64 |
| Trustee Expenses | $309.95 | $309.95 | $0.00 | $0.00 | $0.00 | $309.95 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 0:22-BK-01765-PS
Case Name: STEVEN R DRUMMOND
MARY A DRUMMOND
Trustee Name: Lawrence J. Warfield

Balance on hand: $69,800.00

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $69,800.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Lawrence J. Warfield, Trustee Fees | $6,290.64 | $0.00 | $6,290.64 |
| Lawrence J. Warfield, Trustee Expenses | $309.95 | $0.00 | $309.95 |
| TERRY A DAKE, Attorney for Trustee Fees | $22,435.00 | $0.00 | $22,435.00 |
| TERRY A DAKE, Attorney for Trustee Expenses | $223.00 | $0.00 | $223.00 |
| CUNNINGHAM & ASSOCIATES, Auctioneer for Trustee Fees | $8,848.39 | $0.00 | $8,848.39 |

Total to be paid for chapter 7 administrative expenses: $38,106.98
Remaining balance: $31,693.02

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $31,693.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

Case 0:22-bk-01765-PS    Doc 96    Filed 10/09/24    Entered 10/09/24 10:39:43    Desc
Page 15 of 17

|                                    | Total to be paid to priority claims: | $0.00       |
|                                    |                  Remaining balance:  | $31,693.02  |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $21,796.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | JPMorgan Chase Bank, N.A. | $3,962.86 | $0.00 | $3,962.86 |
| 2 | JPMorgan Chase Bank, N.A. | $3,723.94 | $0.00 | $3,723.94 |
| 3 | ALLIANT CU | $14,109.97 | $0.00 | $14,109.97 |

|                                    | Total to be paid to timely general unsecured claims: | $21,796.77 |
|                                    |                  Remaining balance:                   | $9,896.25  |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|                                    | Total to be paid to tardily filed general unsecured claims: | $0.00      |
|                                    |                  Remaining balance:                         | $9,896.25  |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|                                    | Total to be paid for subordinated claims: | $0.00      |
|                                    |                  Remaining balance:        | $9,896.25  |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.55 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $908.96. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $8,987.29.