| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF ARIZONA | |
|---|---|
| Name of Debtor(s) listed on the bankruptcy case<br>In re:<br>STEVEN R. DRUMMOND<br>MARY A. DRUMMOND | CASE NO.: 0:22-bk-01765ps |
| | **DEBTOR CHANGE OF ADDRESS** |

1. This change of address is requested by: ☐ Debtor  ☒ Joint-Debtor

2. **Old Address:**
   Name(s): Steve R. Drummond & Mary A. Drummond
   Mailing Address: 775 Bullhead Parkway
   City, State, Zip Code: Bullhead City, AZ 86442

3. **New Address:**
   Mailing Address: 2933 Middletown Road
   City, State, Zip Code: Bronx, NY 10461

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number_____

   Joint Debtor's DeBN account number_____

Date: 02/12/2025

Keith S. Knochel
Requestor's printed name(s)

*/s/ Keith Knochel*
Requestor's signature(s)

Attorney for Steve & Mary Drummond
Title (if applicable, of corporate officer, partner, or agent)

This form has been approved for use by the United States Bankruptcy Court for the District of Arizona.

Sept 2015                                                                                   CHANGE.OF.ADDRESS